**DONALD H. HELLER, SBN 55717**
**DONALD H. HELLER,**
**A Law Corporation**
**3638 American River Drive**
**Suite 100**
**Sacramento, CA 95864**
**Telephone:     (916) 974-3500**
**Facsimile:     (916) 974-1001**

**Attorneys for Defendant**
**JOSE J. RAMIREZ**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | **Case No: 04-0196DFL** |
| ) | |
|     **Plaintiff(s),** ) | |
| ) | |
| **vs.** ) | **STIPULATION AND ORDER** |
| ) | **CONTINUING STATUS** |
| ) | **CONFERENCE AND** |
| ) | **EXCLUDABLE TIME** |
| **JOSE J. RAMIREZ,** ) | |
| ) | |
|     **Defendant(s).** ) | |
| ———————————————— ) | |

    Defendant, Jose Ramirez requests that the Status Conference scheduled for August 25, 2005 be continued to September 8, 2005, at 10:00 a.m. for the reasons set forth below:

    1.    Both parties have engaged in settlement discussions, and as a result of vacations of Mr. Vincent, Mr. Heller's accounting consultant, Mr. Goodwin, and Mr. Heller's cervical spine injury which resulted in successful surgery on July 12, 2005, the parties have been unable to meet and confer regarding the resolution of this matter. Mr. Heller and Mr. Vincent, along with the IRS Special Agent assigned to this matter, and Mr. Heller's consultant, Mr. Goodwin, have scheduled a meeting for August 17, 2005, to discuss

resolution, and it is believed that a continuance of the Status Conference to September 8, 2005 will most likely result in a resolution.

This Court has previously excluded time based on the complexity of the matter in respect to the substantial volume of materials that Mr. Heller has had to review, analyze and evaluate with the assistance of an accounting consultant, as well as to give Mr. Heller time to prepare.  Mr. Heller's injury and subsequent surgery has further delayed his preparation of the matter so that meaningful settlement discussions could be had with Mr. Vincent.

The government does not oppose defendant's request and stipulates that there is a reasonable and factual basis for the court to continue the matter until September 8, 2005, and exclude time until and including September 8, 2005, and pursuant to the Speedy Trial Act, Title 18 U.S.C. §§ 3161(h)(B)(ii)(complexity) and 3161(h)(8)(B)(iv)(time to prepare), Local Codes T2 and T4, respectively.

SO STIPULATED.


Dated: August 10, 2005                          DONALD H. HELLER,
                                                A Law Corporation



                                                /S/ DONALD H. HELLER
                                                Attorney for Defendant
                                                JOSE J. RAMIREZ



Dated: August 10, 2005                          /S/ JOHN VINCENT
                                                Assistant U.S. Attorney
                                                Attorney for the
                                                UNITED STATES OF AMERICA

1    The Court having read and reviewed the Stipulation finds good cause to continue the

2    Status Conference to September 8, 2005, and further finds good cause to exclude time pursuant

3    to the Speedy Trial Act, Title 18 U.S.C. §§ 3161(h)(B)(ii)(complexity) and

4    3161(h)(8)(B)(iv)(time to prepare), Local Codes T2 and T4, respectively.

7    DATED: August 16, 2005                    /s/Lawrence K. Karlton
                                               Lawrence K. Karlton for
8                                              David F. Levi
                                               Chief Judge

H:\ACTIVE CASES\RAMIREZ (US V.)\PLEADINGS\STIPULATION CONT SC FINAL.DOC

3