PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs.             ) | **Docket Number: 2:04CR00196-01** |
| ) | |
| **JOSE JESUS RAMIREZ** ) | |
| ) | |

On March 9, 2006, the above-named was placed on supervised release for a period of 3 years which commenced February 27, 2007. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/  Kyriacos M. Simonidis  (for)

**CYNTHIA J. MAZZEI
Senior United States Probation Officer**

Dated:     September 16, 2008
               Sacamento, California


**REVIEWED BY:**     /s/   Kyriacos M. Simonidis
                                **KYRIACOS M. SIMONIDIS
                                Supervising United States Probation Officer**

Re: **JOSE JESUS RAMIREZ**
**Docket Number:   2:04CR00196-01**
**ORDER TERMINATING SUPERVISED RELEASE**
<u>**PRIOR TO EXPIRATION DATE**</u>

---

### ORDER OF COURT

It is ordered that Jose Jesus Ramirez be discharged from supervised release, and that the proceedings in the case be terminated.

| | |
|---|---|
| _____9/19/2008_____ | /s/ John A. Mendez |
| **Date** | **JOHN A. MENDEZ**<br>**United States District Judge** |

CJM:jz
Attachment:   Recommendation

cc:   United States Attorney's Office
      FLU Unit, AUSA's Office
      Fiscal Clerk, Clerk's Office